

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2019

No. 04-18-00525-CR

Braulio **TIRADO-MORALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6201
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on January 11, 2019. After neither the brief nor a motion for extension of time to file the brief was filed, we notified appellant's counsel via letter that the brief was late and requested a response by no later than January 28, 2019. Appellant did not respond to our letter or file a brief or motion for extension of time to file the brief.

Accordingly, appellant's counsel is ORDERED to respond to this court in writing within ten (10) days of the date of this order. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant's counsel fails to file an adequate response within ten (10) days, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. *See* TEX. R. APP. P. 38.8(b)(2).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court